FILED
May 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002656965

Total pages: 3
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 09-60542-B-7 |
| | DC No. JES-2 |
| NICKOLAS & GAIL PEREZ, | MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY |
| | Date: July 7, 2010 |
| Debtor(s). | Time: 10:00 a.m. |
| / | Dept: B |

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 10/30/2009.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are a **non-operational 1997 Pontiac Sunfire**, bearing VIN 1G2JB1248V7538971 for a net amount to the estate of $81.00 ($81.00 fair market value, with no

liens or encumbrances known); 2002 Chevrolet Trailblazer, bearing VIN 1GNDS13S322371926 for a net amount to the estate of $669 ($3131 fair market value with an exemption of $2462, with no liens or encumbrances known); 2001 GMC 2500 pickup, bearing VIN 1GTHK29U61E293762 for a net amount to the estate of $2,150 ($7000 fair market value, with an exemption of $4850, no liens or encumbrances known); Coffee Cart Kiosk with equipment for a net to the estate of $1100 (fair market value $3000, with an exemption of $1900, with no liens or encumbrances known).

5. The trustee has obtained an offer from debtors, Nickolas & Gail Perez to purchase said asset(s), for the total sum of $13,212 less valid exemptions of $9212, for net cash to the estate of $4,000. Funds have been received by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-

described asset to debtors, Nickolas & Gale Perez.

DATED: 5/25/10

JAMES E. SALVEN,
Movant

-3-